**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IDELFONSO SILVA-ACEVEZ,<br><br>　　　　Defendant. | Case No.: 2:11-cr-00384-RCJ-CWH-1<br><br>**ORDER** |

　　In September 2012, the Court sentenced Defendant Idelfonso Silva-Acevez to thirty-six months imprisonment following his plea of guilty to a single count of being a deported alien present unlawfully in the United States in violation of 8 U.S.C. § 1326. Plaintiff has filed a motion indicating that he wishes to apply for citizenship upon his release. This Court does not process citizenship applications. Defendant must direct his application to the appropriate executive authority. Plaintiff also appears to request that his criminal record be expunged upon his release. The Court denies the motion. Defendant alleges no error with respect to his conviction.

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that Motion (ECF No. 29) is DENIED.

IT IS SO ORDERED.

Dated this 28th day of May, 2014.

_____
ROBERT C. JONES
United States District Judge